# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICO AMERICA SALES & TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> REED ENTERPRISES and AMERICAN HEAVY MOVING AND RIGGING, INC., <br><br> Defendants. | Case No. 21-cv-804-MMA (MDD) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 15] |

On October 1, 2021, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: October 4, 2021

HON. MICHAEL M. ANELLO
United States District Judge